**UNITED STATES of America,
Appellee,**

v.

**Todd ANDES, Appellant.**

No. 05–4394.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 2, 2007.

Filed: April 6, 2007.

David R. Mercer, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Spec. Asst. U.S. Atty., Springfield, MO, for appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Todd Andes appeals the sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), his counsel asserts that Andes's 188–month sentence is excessive and that the district court violated Andes's rights when it enhanced his sentence based on prior convictions.

We enforce the broad appeal waiver included in Andes's plea agreement: the plea colloquy reflects that Andes understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Accordingly, we dismiss the appeal, and we grant counsel leave to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.